**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Paolo Antonio Mendoza,<br><br>            Plaintiff,<br>    v.<br><br>Anaheim Marriott Hotel;<br>Marriott Hotel Services,<br>Inc. dba Anaheim Marriott<br>Hotel; Marriott<br>International, Inc.; David<br>Dulkis, Javier Serrano,<br>Alfonso Serrano, Pepe<br>Moreno, and DOES 1 through<br>200, inclusive,<br><br>            Defendants. | CV 10-6384 RSWL (RCx)<br><br>**ORDER TO SHOW CAUSE RE:<br>JURISDICTION** |

    The Court is in receipt of Defendant Marriott Hotel Services, Inc.'s Notice of Removal. The Court hereby orders corporate Defendants to show cause why this case should not be remanded to state court.

    This case was brought in the Los Angeles Superior Court on March 18, 2010.

    Federal Courts are courts of limited jurisdiction, and the burden of establishing jurisdiction rests upon

1

the party asserting jurisdiction. District courts have original jurisdiction over: (1) civil actions against foreign states; (2) civil actions arising under the Constitution, laws or treaties of the United States; and (3) civil actions where there is complete diversity of citizenship among the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.  28 U.S.C. § et seq.

   Defendants have not shown cause as to why this case should be removed to federal court, as diversity is destroyed by Defendant Anaheim Marriot Hotel.

   Therefore, Defendants have until September 10, 2010, to respond to this Court demonstrating why this case should not be dismissed for lack of subject matter jurisdiction or, in the alternative, remanded to state court.

DATED: September 02, 2010
**IT IS SO ORDERED.**

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

2